# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CARLA BEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-02805-JAR |
| ) | |
| CHONG ROBINSON ) | |
| d/b/a CLEANERS 21, ) | |
| ) | |
| Defendant ) | |
| ) | |

# **ORDER**

This matter is before the Court on Defendant Chong Robinson d/b/a Cleaners 21's Consent to Plaintiff's Motion for Remand. (Doc. 21.) On October 20, 2019, Plaintiff Carla Been moved to remand the case—which Defendant had removed to federal court under the Class Action Fairness Act of 2005 ("CAFA")—asserting that the "Home-State Controversy Exception" to CAFA applied. (Doc. 5 (citing , 28 U.S.C. § 1332(d)(4)(B)).) She alleged that, because at least two-thirds of the proposed class and the primary Defendant are all citizens of Missouri, CAFA jurisdiction is improper. (*Id.*) Plaintiff also argued that the amount in controversy was not met and sought attorney's fees because Defendant's removal argument was "at best insubstantial." (*Id.* (quoting *Mints v. Educ. Testing Serv.*, 99 F.3d 1253, 1260 (3rd Cir. 1996)).)

Defendant initially opposed remand (Doc. 13), but now consents "[i]n light of the remand of a substantially similar case" in this district (Doc. 21). Defendant represents that "Plaintiff has agreed to withdraw her claim for attorney's fees . . . ." (Doc. 21 at 1.)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Carla Been's Motion to Remand and Request for Attorney's Fees (Doc. 5), is **GRANTED in part**. The Case is **REMANDED** to the Circuit Court of St. Louis County, Missouri. Plaintiff's demand for attorney's fees is **DENIED.**

**IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot** and all pending deadlines are **VACATED.**

Dated this 21st day of May, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE